UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VANESSA ABREU-BATTLE,

       Plaintiff,                               Case No: 1:11-cv-1328

v.                                               HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 4, 2013, recommending that this Court affirm the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 26) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.

A Judgment will be entered consistent with this Order.

Dated: March 25, 2013                                          /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge